UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-04648-SPG-AJR | Date | July 15, 2026 |
| Title | Maryann Watkins et al v. California Fair Plan Association | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION**

On April 21, 2026, Plaintiffs Maryann Watkins and Michael Watkins ("Plaintiffs") filed this action against California Fair Plan Association, asserting state law claims for breach of contract, breach of the implied covenant of good faith and fair dealing, promissory estoppel, and intentional infliction of emotional distress. *See* (ECF No. 1 ("Complaint")). The Complaint alleges that Plaintiffs are citizens of Tennessee and California Fair Plan Association is a citizen of California. *See* (*id.* ¶¶ 1, 3). However, Plaintiff Michael Watkins has filed several declaration attesting that he is a "resident of the County of Los Angeles" and lives at an address in Lake Elsinore, California. *See, e.g.*, (ECF No. 13); *see also* (ECF No. 16 at 32).

Federal courts have an "independent obligation" to determine whether they can exercise subject matter jurisdiction over a dispute. *Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006). Typically, federal courts only have subject matter jurisdiction where an action presents a federal question under 28 U.S.C. § 1331 or based on diversity of citizenship under 28 U.S.C. § 1332. Plaintiffs seek to invoke the Court's diversity jurisdiction. *See* (Compl. ¶ 6). The Supreme Court has interpreted § 1332 to require "complete diversity of citizenship." *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373 (1978). "[D]iversity does not exist unless *each* defendant is a citizen of a different state from *each* plaintiff." *Id.*

In light of Mr. Watkins's sworn testimony that he lives in California, the Court may lack subject matter jurisdiction to hear this dispute. Because federal courts are courts of limited jurisdiction, the Court must presume that this case falls outside its subject matter jurisdiction. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994). Therefore, Plaintiffs are ORDERED to show cause in writing, on or before July 22, 2026, why the Court should not dismiss this action for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-04648-SPG-AJR | Date | July 15, 2026 |
| Title | Maryann Watkins et al v. California Fair Plan Association | | |

_____ : _____

Initials of Preparer pg